**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:                                            Case No. 6:17-BK-02214-ABB

DOODNATH RAMDHANIE                                Chapter 13
SOOGIE DOODNATH,

            Debtors.
_____/

**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST**
**BOSTON MORTGAGE SECURITIES CORP., CSAB MORTGAGE-BACKED PASS-**
**THROUGH CERTIFICATES, SERIES 2006-2'S**
**OBJECTION TO CONFIRMATION OF**
**DEBTORS' CHAPTER 13 PLAN**

      **COMES NOW,** U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-2 ("Secured Creditor"), by and through its undersigned counsel, as and for its Objection to Confirmation of Debtors' Chapter 13 Plan, and in support states as follows:

      1.      Secured Creditor holds a First mortgage position on Debtors' real property located at 2111 Carbine Court, Kissimmee, Florida 34743, by virtue of a Mortgage which is recorded in the Public Records of Osceola County, FL in Book 3189 at Page 2009.

      2.      The Chapter 13 Plan [D.E. #11] proposed by Debtors on April 11, 2017, includes payments toward the mortgage account with Secured Creditor (listed in the Plan as Wells Fargo Home Mortgage).  Debtors propose to pay $850.00 per month in Adequate Protection payments to Secured Creditor.

      3.      To date, Debtors have not filed a Motion for Referral to Mortgage Modification Mediation nor have Debtors applied directly for loan modification review with Secured Creditor. Debtors cannot modify the subject loan documents solely through Plan treatment.

**WHEREFORE**, Secured Creditor respectfully requests the entry of an order which denies confirmation of the proposed Chapter 13 Plan unless it is amended to overcome Secured Creditor's stated objections, and for such further relief as the Court may deem just and proper.

Respectfully Submitted:

/s/ Rachel L. Ahlum
Rachel L. Ahlum
Bar No.: FL 91291
Aldridge | Pite LLP
Attorney for Secured Creditor
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Objection to Confirmation of Chapter 13 Plan was served electronically or via U.S. Mail, first-class postage prepaid, to:

**Debtors**
Doodnath Ramdhanie
Soogie Doodnath
2111 Carbine Court
Kissimmee, FL 34743

**Debtors' Attorney (via electronic notice)**
Alejandro Rivera
Alejandro Rivera, P.A.
1400 W. Oak Street, F
Kissimmee, FL 34741-4000
Rivera@riveraatlaw.com

**Trustee (via electronic notice)**
Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790
ecfdailysummary@c13orl.com

**U.S. Trustee (via electronic notice)**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801
USTP.Region21.OR.ECF@usdoj.gov

Dated: May 18, 2017

/s/ Rachel L. Ahlum
Rachel L. Ahlum
Bar No.: FL 91291
Aldridge | Pite LLP
Attorney for Secured Creditor
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147